## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **COTTRELL GREEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 03-611-DRH** |
| | ) | |
| **JACK  TOWNLEY and GUY PIERCE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

The Court previously construed Plaintiff's motion to reconsider (Doc. 6) as filed under Rule 60(b) of the Federal Rules of Civil Procedure, and as such that motion was denied (*see* Doc. 7). Now before the Court is Plaintiff's motion for relief from judgment (Doc. 8), purported filed under Rule 59(e) of the Federal Rules of Civil Procedure.  However, a motion pursuant to Rule 59(e) must be filed "no later than 10 days after entry of the judgment," and a court "may not extend the time for taking any action under Rules .... 59(b), (d) and (e), 60(b)...." FED.R.CIV.P. 6(b); *see also Varhol v. National Railroad Passenger Corp.,* 909 F.2d 1557 (7th Cir. 1990); *Nugent v. Yellow Cab Co.,* 295 F.2d 794 (7th Cir.), *cert. denied,* 368 U.S. 828 (1961).

Judgment in this case was entered on May 5, 2005, and the instant motion was not filed until July 29, 2005.  Therefore, this Rule 59(e) is **DENIED** as time-barred.

**IT IS SO ORDERED.**

**DATED:   August 3, 2005.**

/s/     David RHerndon
**DISTRICT JUDGE**